IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

    Plaintiff,

vs.

PAROLE SUPERVISOR McCORMICK, et al.,

    Defendants.

No. C 11-04879 YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff, a state prisoner, filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983. On November 3, 2011, the Clerk of the Court sent a notice to Plaintiff informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk then sent Plaintiff a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. On November 23, 2011, Plaintiff filed a completed *in forma pauperis* application; however, he did not file copies of his certificate of funds and prisoner trust account statement. In another notice dated December 2, 2011, the Clerk notified Plaintiff that his *in forma pauperis* application was deficient due to the failure to include a signed certificate of funds and a prisoner trust account statement for the previous six months. The Clerk informed him that his action could not go forward until he filed the necessary documents within thirty days, and that his failure to do so would result in dismissal of this action. More than thirty days have passed and Plaintiff has not submitted a signed certificate of funds and a prisoner trust account statement.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Plaintiff's *in forma pauperis* application is DENIED as incomplete. The Clerk shall enter judgment, terminate all pending motions, and close the file.

This Order terminates Docket no. 6.

IT IS SO ORDERED.

DATED: February 14, 2012

                                            YVONNE GONZALEZ ROGERS
                                            UNITED STATES DISTRICT COURT JUDGE

G:\PRO-SE\YGR\CR.11\Blackman4879.DISIFP.frm