IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY BLACKMAN,

         Plaintiff,

  vs.

MCCORMICK, et al.,

         Defendants.
                                            /

No. C 11-04879 YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated at Oakland, California, this   14th   day of February , 2012.

                                                    RICHARD W. WIEKING
                                                    Clerk of Court

                               By:     *Frances Stone*
                                                    FRANCES STONE
                                                    Deputy Clerk